

June 23, 2025

**VIA ECF**

Honorable Michael E. Farbiarz
United States District Judge District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

      Re: *United States v. Haghighat et al.*, No. 25-CR-00339

Dear Judge Farbiarz:

      This firm represents defendant Kirstyn M. Pearl. We write to update our June 17, 2025 letter with the dates for which counsel is unavailable for trial between September 2, 2025, and December 15, 2025.

      As noted earlier, counsel is unavailable between October 16, 2025, and October 24, 2025, for a planned overseas family trip.

      Counsel participated today in a status conference for consolidated civil cases pending in the Northern District of Alabama, *Drummond Company, Inc. v. Collingsworth et al.* (No. 11-cv-03695 & No. 15-cv-00506). Judge David Proctor informed counsel that he will set trial to begin in December 2025. This is a consolidated civil RICO and defamation case. The parties expect trial to last five to six weeks. As soon as counsel has the precise trial date, counsel will update the Court.

      Respectfully submitted,

      /s/ Sara E. Kropf
      Sara E. Kropf

      *Counsel to Ms. Pearl*

Copied to: Counsel of record (via ECF)

ADDRESS 1100 H Street NW Suite 1220 Washington, DC 20005 • EMAIL sara@kmlawfirm.com • PHONE 202-627-6900