UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Michael E. Farbiarz, U.S.D.J. |
| v. | Crim. No. 25-339 (MEH) |
| ROUZBEH "ROSS" HAGHIGHAT, BEHROUZ "BRUCE" HAGHIGHAT, KIRSTYN M. PEARL, SEYEDFARBOD "FABIO" SABZEVARI, and JAMES D. ROBERGE | <u>CONTINUANCE ORDER</u> |

      This matter having come before the Court on the joint application of the United States, by Alina Habba, United States Attorney for the District of New Jersey (by John Mezzanotte, Assistant U.S. Attorney, appearing), and Lorinda I. Laryea, Acting Chief of the United States Department of Justice, Criminal Division, Fraud Section (by John J. Liolos, Trial Attorney, appearing); and defendants Rouzbeh "Ross" Haghighat (Adam J. Fee, Esq., appearing); Behrouz "Bruce" Haghighat (William Coffield, Esq., and Laina Lopez, Esq., appearing), Kirstyn M. Pearl (Sara Kropf, Esq., appearing); Sayedfarbod "Fabio" Sabsevari (Lawrence S. Lustberg, Esq., appearing), and James D. Roberge (Zach Intrater, Esq., appearing); for an order granting a continuance of proceedings in the above-captioned matter; and the defendants being aware that they otherwise have the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1), not including time that has been excluded from computation

pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*; and the defendants having consented to such continuance and having waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    1.  The matter having been set for trial to commence on December 1, 2025; Defendants seek additional time to allow for the adequate preparation for pretrial proceedings and the trial itself;

    2.  Defendants have consented to the aforementioned continuance;

    3.  The grant of a continuance will likely conserve judicial resources; and

    4.  Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial;

As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS, therefore, on this 1 day of July, 2025,

(1) ORDERED that this action be, and hereby is, continued until December 1, 2025; and it is further

(2) ORDERED that the period from the date of this order through December 1, 2025 be and hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq*.

_____
Honorable Michael E. Farbiarz
United States District Judge

Consented to as to form and entry:

*s/ John Mezzanotte*
John Mezzanotte, A.U.S.A.
John Liolos, Trial Attorney

*s/ Adam J. Fee*
Adam J. Fee, Esq.
Counsel for Ross Haghighat

*s/ William Coffield*
William Coffield, Esq.
Counsel for Bruce Haghighat

*s/ Sara Kropf*
Sara Kropf, Esq.
Counsel for Kirstyn Pearl

*s/ Lawrence S. Lustberg*
Lawrence S. Lustberg, Esq.
Counsel for Fabio Sabsevari

*s/ Zach Intrater*
Zach Intrater, Esq.
Counsel for James Roberge