# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Hon. Michael E. Farbiarz |
| v.  : | |
| : | Crim. No. 25-339 |
| ROUZBEH "ROSS" HAGHIGHAT, : | |
| BEHROUZ "BRUCE" HAGHIGHAT, : | |
| KIRSTYN M. PEARL, : | |
| SEYEDFARBOD "FABIO" SABZEVARI, : | |
| and : | |
| JAMES D. ROBERGE : | |
| : | |

## [Proposed] ORDER

Upon consideration of the United States' Motion to Authorize Alternative Victim Notification Procedures (ECF No. 65), the Motion is GRANTED.

It is so **ORDERED** at Newark, New Jersey on this ___ day of July, 2025.

_____
The Honorable Michael E. Farbiarz
UNITED STATES DISTRICT JUDGE