# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Hon. Michael E. Farbiarz |
| | : | |
| ROUSBEH "ROSS" HAGHIGHAT, | : | Crim. No. 25-239 |
| BEHROUZ "BRUCE" HAGHIGHAT, | : | |
| KIRSTYN M. PEARL, | : | |
| SEYEDFARBAD "FABIO" SABZEVARI, | : | |
| and | : | |
| JAMES D. ROBERGE | : | |

## NOTICE OF APPEARANCE FOR
## THE UNITED STATES OF AMERICA

Steven S. Michaels, United States Department of Justice, Criminal Division, Fraud Section, enters his appearance as co-counsel for the United States of America for the limited purpose of serving as a member of the filter team. The United States requests that all notices relating to this case be sent to the undersigned.

Respectfully submitted,

ALINA HABBA
United States Attorney

LORINDA I. LARYEA
Acting Chief, Criminal Division,
Fraud Section
U.S. Department of Justice

                                                   By:    */s/ Steven S. Michaels*
                                                                           STEVEN S. MICHAELS
                                                                           NY Bar No. 1999408
                                                                           HI Bar No. 3852
                                                                           Trial Attorney
                                                                            Special Matters Unit
                                                                            U.S. Department of Justice
                                                                            Criminal Division, Fraud Section
                                                                            1400 New York Avenue, N.W.
                                                                            Washington, DC 20005
                                                                            (202) 615 1483
                                                                            Steven.Michaels@usdoj.gov

Dated: July 25, 2025

## **CERTIFICATE OF SERVICE**

I certify that on July 25, 2025, I electronically filed this Notice of Appearance with the Clerk of Court for the United States District Court for the District of New Jersey, using the CM/ECF system.

    /s/ *Steven S. Michaels*
    Steven S. Michaels
    Trial Attorney