**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Hon. Michael E. Farbiarz |
| v. | : | |
| | : | Crim. No. 25-339 |
| ROUZBEH "ROSS" HAGHIGHAT, | : | |
| BEHROUZ "BRUCE" HAGHIGHAT, | : | |
| KIRSTYN M. PEARL, | : | |
| SEYEDFARBOD "FABIO" SABZEVARI, | : | |
| JAMES D. ROBERGE | : | |

## [Proposed] ORDER

Upon consideration of Defendant Rouzbeh "Ross" Haghighat's Pretrial Motions (ECF No. 83), and the United States' response, the Motions are DENIED.

It is so **ORDERED** at Newark, New Jersey on this ___ day of _____, 2025.

_____
The Honorable Michael E. Farbiarz
UNITED STATES DISTRICT JUDGE