AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-CR-00339 |
| ROUZBEH HAGHIGHAT | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date: 09/12/2025

/s/ Tamara Livshiz
*Attorney's signature*

Tamara Livshiz (N.Y. 5350509)
*Printed name and bar number*
Department of Justice
1400 New York Ave N.W.
Washington DC, 20005

*Address*

Tamara.Livshiz@usdoj.gov
*E-mail address*

(202) 674-5670
*Telephone number*

*FAX number*