UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 2:25-cr-00339-MEF

Rouzbeh Haghighat, et al.                             **APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for   Rouzbeh "Ross" Haghighat
                                                  Name of Defendant

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

Washington, D.C.; United States District Court, District of Columbia                2003
Court(s)                                                                    Year(s) of Admission

Date:  September, 16, 2025                         *Tom Best*
                                                   Signature of Attorney

                                                   Tom Best
                                                   Print Name

                                                   2050 M Street NW
                                                   Address

                                                   Washington, D.C. 20036
                                                   City State Zip Code

                                                   Email: tombest@paulhastings.com
                                                   Phone: 202.551.1821; Fax: 202.551.0321
                                                   Phone Number Fax Number

DNJ-CR-013 (03/2010)