## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : **Hon. Michael E. Farbiarz** |
| **v.** | : |
| | : **Crim No. 25-339** |
| **ROUZBEH "ROSS" HAGHIGHAT,** | : |
| **BEHROUZ "BRUCE" HAGHIGHAT,** | : |
| **KIRSTYN M. PEARL,** | : **ORDER ON PRETRIAL** |
| **SEYEDFARBOD "FABIO" SABZEVARI,** | : **MOTIONS** |
| **and JAMES D. ROBERGE** | : |
| | : |

These matters having come before the Court on a series of Motions by the United States' filter team (Steven Michaels, Esq., appearing), and defendants Rouzbeh "Ross" Haghighat (Adam J. Fee, Esq., appearing); Behrouz "Bruce" Haghighat (William Coffield, Esq., and Laina Lopez, Esq., appearing), Kirstyn M. Pearl (Paul Weinstein, Esq., appearing); Seyedfarbod "Fabio" Sabzevari (Lawrence S. Lustberg, Esq., appearing), and James D. Roberge (Zach Intrater, Esq., appearing) are resolved as follows:

IT IS THE ORDER OF THIS COURT that the:

1. Motion to Dismiss of Bruce Haghighat (ECF No. 79) is **DENIED.**

2. Motion to Dismiss, or in the alternative for a Bill of Particulars, of Kristyn Pearl (ECF No. 80) is **DENIED.**

3. Omnibus Pretrial Motions of Fabio Sabzevari (ECF No. 81) are **DENIED**, with the exception of the Motion to Suppress**.** Counsel for Mr. Sabzevari is directed to inform the Court whether Mr. Sabzevari

wishes to testify in support of his Motion to Suppress.

4. Motion to Suppress of Kirstyn Pearl (ECF No. 82) is **DENIED**, however, the Government is directed to provide a discovery letter to Ms. Pearl by 9:00 AM on Wednesday, October 1, 2025, at which point Ms. Pearl can renew her Motion if she chooses.

5. Omnibus Pretrial Motions of Ross Haghighat (ECF No. 83) are **DENIED.**

6. Omnibus Pretrial Motions of James Roberge (ECF No. 84) are **DENIED** in part and **GRANTED** in part. Specifically, Mr. Roberge's Motion for a *Franks* hearing is **GRANTED** with the limitations articulated by the Court on September 26, 2025; all other Motions are **DENIED.** Counsel for Mr. Roberge and the Government are directed to meet and confer and propose times for such a hearing.

7. All motions for severance, pursuant to Federal Rule of Criminal Procedure 14, are denied without prejudice to their being renewed as developments hereafter may warrant.

**IT IS SO ORDERED** on this 9th day of October, 2025.

_____
Honorable Michael E. Farbiarz
United States District Judge