

**United States Department of Justice**

Criminal Division

*Fraud Section*

*Bond Building*
*1400 New York Avenue, N.W.*
*Washington, DC 20530*

October 28, 2025

**VIA ECF**

Chambers of the Honorable Michael E. Farbiarz
United States District Court for the District of New Jersey
2 Federal Square, Courtroom #4
Newark NJ, 07102

      Re: *United States v. Haghighat et al.*, Crim No. 25-339 (MEF)

To the Honorable Michael E. Farbiarz:

      Consistent with the Court's October 28, 2025 Order, *see* ECF No. 164, earlier this morning, the United States writes to inform the Court that Mr. Fee and Mr. Nicholson, counsel for Defendant Ross Haghighat, were carbon copied on the email transmitting the October 21, 2025 Letter to the Court. That letter was transmitted to the same email distribution list and email chain that the letters from both sides regarding the issue of Mr. Haghighat's phone have been sent. *See* Exhibit A.

      In addition, the United States has requested permission to file redacted versions of the all the letters on the public docket (once in an email to Chambers on October 10, 2025, and once in the final paragraph of the October 21, 2025 Letter itself). The reason it has not done so of its own accord is because the original discussion of the issue on September 26, 2025, was ordered sealed by the Court and conducted outside of the presence of other counsel. That said, while the other four defendants have not received the sealed letters sent to the Court, they have received copies of the production letters sent by the Filter Team to Defendant Ross Haghighat, including regarding the Filter Team's review of Mr. Haghighat's phone.

      The United States apologizes for any confusion caused by not including a "CC" line on the letter itself (rather than relying on the transmission email) and it stands ready to propose redactions to the Court so that the various letters on this topic can be filed on the public docket.

                                Respectfully submitted,

                                  _/s/ Tamara Livshiz_
                                John Liolos
                                Tamara Livshiz
                                Trial Attorneys, Criminal Division
                                Department of Justice

CC: All Defendants