# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Hon. Michael E. Farbiarz |
| | : |
| ROUZBEH "ROSS" HAGHIGHAT, | : Crim. No. 25-339 |
| BEHROUZ "BRUCE" HAGHIGHAT, | : |
| KIRSTYN M. PEARL, | : |
| SEYEDFARBOD "FABIO" SABZEVARI, | : |
| and | : |
| JAMES D. ROBERGE | : |

## ORDER

Having considered the government's report relating to the United States' Filter Team's review of the phone data of defendant Rouzbeh ("Ross") Haghighat seized pursuant to search warrant (the "R. Haghighat phone data"), further submissions, and the entire record to date,

IT IS HEREBY ORDERED THAT:

The United States' Filter Team ("the Filter Team") is authorized to release to the defendants in discovery and to members of the Prosecution Team R. Haghighat phone data that the Filter Team has concluded is **not** Potentially Protected Material ("PPM"), which the Filter Team defines as material potentially subject to protection from disclosure by the attorney-client privilege, the work product doctrine, or similar law.

Should defendant Rouzbeh Haghighat determine that any non-PPM should have been classified by the Filter Team as PPM, it should notify the Filter Team and co-defendants, and any such material in the possession of the Prosecution Team and co-defendants should then be deleted and/or otherwise destroyed pending a determination by this Court as to its status.

In accordance with Rule of Evidence 502(d), the Filter Team's release of material to defendants in this matter and to the Prosecution Team shall not constitute or be deemed a waiver or forfeiture of any claim of the attorney-client privilege or any other legally cognizable privilege, or a subject matter waiver, in any other federal or state proceeding.

Except as expressly supplemented hereby, the provisions of the Protective Order in this matter (Dkt. 52) shall remain fully in effect.

It is, therefore, SO ORDERED in Chambers at Newark, New Jersey this 29th day of October, 2025.

_____
HON. MICHAEL E. FARBIARZ
UNITED STATES DISTRICT JUDGE