

**U.S. Department of Justice**

Criminal Division

---

*1400 New York Avenue, NW*
*Washington, DC 20005*

December 10, 2025

<u>**Via ECF**</u>

Honorable Michael E. Farbiarz
United States District Court
District of New Jersey
2 Federal Square, Courtroom #4
Newark, New Jersey 07101

Re:    <u>***United States v. Haghighat, et al.***</u>, **Case No. 25-cr-339 (D.N.J.)**

Dear Judge Farbiarz,

The United States, through undersigned counsel, respectfully submits the cases below and attached for the Court's consideration.

1.  *United States v. Ballesteros Gutierrez*, 181 F. Supp. 2d 350, 351–54 (S.D.N.Y. 2002).

2.  *United States v. Melvin*, 143 F. Supp. 3d 1354, 1368–69 (N.D. Ga. 2015).

3.  *United States v. Contorinis*, 692 F.3d 136, 138 (2d Cir. 2012).

Respectfully,

*/s/ John J. Liolos*

John J. Liolos
Tamara Livshiz
Trial Attorneys, U.S. Department of Justice
Criminal Division, Fraud Section

CC: Counsel of Record by ECF