

**United States Department of Justice**
Criminal Division

*Fraud Section*

*Bond Building*
*1400 New York Avenue, N.W.*
*Washington, DC 20530*

December 11, 2025

**VIA ECF**
Chambers of the Honorable Michael E. Farbiarz
United States District Court for the District of New Jersey
2 Federal Square, Courtroom #4
Newark NJ, 07102

Re: *United States v. Haghighat et al.*, Crim No. 25-339 (MEF)

To the Honorable Michael E. Farbiarz:

The United States, through the undersigned, files this letter attaching joint proposed instructions.

Respectfully submitted,

*/s/ Tamara Livshiz*
John Liolos
Tamara Livshiz
Trial Attorneys, Criminal Division
Department of Justice

CC: All Defendants