**United States Department of Justice**

Criminal Division

---

*Fraud Section*                                  *Bond Building*
                                                 *1400 New York Avenue, N.W.*
                                                 *Washington, DC 20530*

December 15, 2025

**VIA ECF**
Chambers of the Honorable Michael E. Farbiarz
United States District Court for the District of New Jersey
2 Federal Square, Courtroom #4
Newark NJ, 07102

    Re: *United States v. Haghighat et al.*, Crim No. 25-339 (MEF)

To the Honorable Michael E. Farbiarz:

    In light of the representations contained in ECF Nos. 304, 305, 306, and 307, and based on the information presently known, the United States does not believe that further follow-up is required concerning the confiscated device.

                                      Respectfully submitted,

                                      */s/ Tamara Livshiz*
                                    John Liolos
                                    Tamara Livshiz
                                    Trial Attorneys, Criminal Division
                                    Department of Justice

CC: All Defendants