UNITED STATES DISTRICT COURT

DISTRICT of NEW JERSEY

UNITED STATES OF AMERICA                    CR.____25cr339 (MEF)_____

v.                                          Jury Communication #_____1_____

Rouzbeh Haghighat

Kirstyn M. Pearl

Seyedfarbod Sabzevari

James D. Roberge

For something to be considered a "tip" does MNPI need to be explicitly stated by the "tipper"?

DATE:                    12.15.2025

FOREPERSON: