UNITED STATES DISTRICT COURT

DISTRICT of NEW JERSEY

UNITED STATES OF AMERICA      CR. ___25cr339 (MEF)___

v.      Jury Communication # __2__

Rouzbeh Haghighat

Kirstyn M. Pearl

Seyedfarbod Sabzevari

James D. Roberge

*Can we have the transcripts for both the prosecution & defenses' closing arguments?*

DATE: 12.15.2025

FOREPERSON: _____