UNITED STATES DISTRICT COURT

DISTRICT of NEW JERSEY

UNITED STATES OF AMERICA

v.

Rouzbeh Haghighat

Kirstyn M. Pearl

Seyedfarbod Sabzevari

James D. Roberge

CR. __25cr339 (MEF)__

Jury Communication # __4__

In order for us to find a defendent guilty on Counts 2-17, must the government prove all elements on page 2 of jury instructions in addition to the elements specific to each defendent on pages 23-25?

DATE: __12.16.2025__

FOREPERSON: _____