Court communication #2.

Thank you for your note.

Lawyers' arguments, as you know, are not evidence. You may consider them and think them through. But your decision must be based purely on the evidence.

Under our law, transcripts of lawyers' arguments are not sent back to the jury.

*[signature]*