# Weil, Gotshal & Manges LLP

1999 Avenue of the Stars
Suite 1800
Los Angeles, CA 90067
Phone: +1 213 667 5100
Fax: +1 213 667 5111

**Adam Fee**
+1 (213) 667-5125
adam.fee@weil.com

January 22, 2026

The Honorable Michael E. Farbiarz
United States District Judge
District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

Re:  *United States v. Haghighat*, No. 25-cr-00339-MEF (D.N.J.)

Dear Judge Farbiarz:

I write on behalf of Ross Haghighat.  I have consulted with Mr. Haghighat and confirmed that at this time we do not intend to raise any legal challenges relating to the current leadership structure of the United States Attorney's Office in the District of New Jersey.

Respectfully submitted,

*s/ A. Fee*
Adam Fee