# Weil, Gotshal & Manges LLP

VIA ECF

1999 Avenue of the Stars
Suite 1800
Los Angeles, CA 90067
Phone: +1 213 667 5100
Fax: +1 213 667 5111

**Adam Fee**
+1 (213) 667-5125
adam.fee@weil.com

April 10, 2026

The Honorable Michael E. Farbiarz
United States District Judge
District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

Re:  *United States v. Haghighat*, No. 25-cr-00339-MEF (D.N.J.) – Request to Adjourn Sentencing

Dear Judge Farbiarz:

I write on behalf of Ross Haghighat with respect to the above-referenced matter. Mr. Haghighat respectfully seeks to adjourn his sentencing hearing, currently scheduled for May 4, 2026, to a date convenient for the Court after June 17.

The reason for the request is that Mr. Nicholson and I were recently asked to act as trial counsel in a criminal trial in the Central District of California that is scheduled to begin on May 11 and continue for approximately 3-5 weeks, *U.S. v. Left*, Case No. 2:24-cr-00456-VAP. The final pretrial conference is scheduled for April 27.

While trial begins shortly after the current May 4 sentencing date, the conflict arises from the anticipated need to be in Los Angeles during the week of May 4 to prepare witnesses and attend to other trial preparation tasks.

We conferred with the government regarding the request and received permission to share its position, which is: The United States does not object, but respectfully requests that the adjourned date apply to all defendants to facilitate the efficient resolution of any common or related issues.

Thank you for Your Honor's consideration.

Respectfully submitted,

*/s/ A. Fee*
Adam Fee