**Weil, Gotshal & Manges LLP**

1999 Avenue of the Stars
Suite 1800
Los Angeles, CA 90067
Phone: +1 213 667 5100
Fax: +1 213 667 5111

**Adam Fee**
+1 (213) 667-5125
adam.fee@weil.com

VIA ECF

July 6, 2026

The Honorable Michael E. Farbiarz
United States District Judge
District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

Re:  *United States v. Haghighat*, No. 25-cr-00339-MEF (D.N.J.) – Payment Schedule

Dear Judge Farbiarz:

We write to notify the Court that we have conferred with the government and agreed upon the following payment schedule for Ross Haghighat to pay the fine and forfeiture amounts ordered by the Court:

- September 15, 2026: $88,236.52 (the forfeiture amount)

- June 1, 2027: $200,000

- June 1, 2028: $200,000

- June 1, 2029: $200,000

- June 1, 2030: $200,000

- June 1, 2031: $200,000

Respectfully submitted,

*/s/ A. Fee*
Adam Fee