

# EMMET, MARVIN & MARTIN, LLP
## COUNSELLORS AT LAW

120 Broadway
New York, New York 10271
212-238-3000

**www.emmetmarvin.com**

Paul T. Weinstein
*Partner*
Tel: 212-238-3090
Fax: 212-238-3100
pweinstein@emmetmarvin.com

August 9, 2026

Hon. Michael E. Farbiarz
United States District Judge
District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

Re:  *United States v. Kirstyn Pearl,*
    <u>Docket No. 25-CR-0339</u>

Dear Judge Farbiarz:

As the Court is aware, we represent Kirstyn Pearl in this matter.

At Ms. Pearl's sentencing, upon our request, Your Honor recommended to the Bureau of Prisons that Ms. Pearl serve her six-month sentence at a facility closest to her home in Massachusetts. We appreciate Your Honor's recommendation. On July 6, 2026, the Bureau of Prisons designated Ms. Pearl to the Danbury FSL (Female) ("Danbury FSL"), in Danbury, Connecticut, which is a low security facility. Ms. Pearl's surrender date is September 23, 2026.

For the following reasons, we respectfully request that the Court please make an additional recommendation to the Bureau of Prisons, to consider modifying Ms. Pearl's designation, from the present designation to Danbury FSL to a designation to the minimum security Alderson Federal Prison Camp ("FPC Alderson"), in Alderson, West Virginia, or in the alternative, to consider designating Ms. Pearl to the Danbury minimum security satellite camp (the "Danbury SCP"), which is a minimum security facility located at the same location as Ms. Pearl's current designation. We make this request for the following reasons:

First, Ms. Pearl continues to develop her construction and contracting business, which is important to her rehabilitation and ability to earn a living going forward. FPC Alderson, a federal prison camp, offers extensive carpentry and construction-related

EMMET, MARVIN & MARTIN, LLP

training, which would further Ms. Pearl's already-begun rehabilitation efforts. Ms. Pearl would very much like to participate in these programs to facilitate her rehabilitation.

Second, it has come to our attention that the present designated facility, the Danbury FSL, is a low security facility while a minimum security female unit, the Danbury SCP, is present at the same location. While we understand that it is the Bureau of Prisons that determines security classifications, it would appear that Ms. Pearl would be at the lowest rung of any security consideration. She is 36 years old with no prior criminal history, the offense was entirely monetary and occurred over a short period of time and she used the proceeds to pay debts. Ms. Pearl has adjusted to pretrial supervision with no issues of any kind and has been completely compliant for the entire period. She has made great efforts towards rehabilitation and to proceed with her life after this case in a productive and law-abiding manner. Thus, it is respectfully submitted that there would be no apparent security concern regarding Ms. Pearl of any kind or degree.

Therefore, we respectfully request that the Court please endorse this letter, recommending that the Bureau of Prisons consider redesignating Ms. Pearl to the minimum security federal prison camp FPC Alderson in Alderson, West Virginia, or in the alternative, to consider redesignating Ms. Pearl to the Danbury SCP.

Thank you for your consideration.

Respectfully submitted,
*Paul T. Weinstein*
Paul T. Weinstein

2